[No. 6619-0-II.   Division Two.   May 31, 1984.]

DOROTHY TARR, *Respondent,* v. M. JEAN
JOHNSON, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce
County, No. 268492, William L. Brown, Jr., J., entered
September 3, 1982. *Reversed* by unpublished opinion per
Worswick, J., concurred in by Petrich, C.J., and Petrie, J.

[No. 5495-7-II.   Division Two.   June 1, 1984.]

*In the Matter of the Estate of*
EULA WILLA ROBB.

Appeal from a judgment of the Superior Court for Cow-
litz County, No. 10484, William L. Dowell, J., entered
March 23, 1981. *Dismissed* by unpublished opinion per
Worswick, J., concurred in by Petrich, C.J., and Petrie, J.

[No. 10745-3-I.   Division One.   June 4, 1984.]

TOWNSEND–CHASTAIN & ASSOCIATES, INC., *Appellant,* v.
CHARLES E. WALLEY, JR., ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for King
County, No. 80-2-06820-2, James D. McCutcheon, Jr., J.,
entered August 27, 1981. *Affirmed* by unpublished opinion
per Callow, J., concurred in by Corbett, A.C.J., and John-
sen, J. Pro Tem.